Mary Jo O'Neill AZ Bar No. 005924
Sally Shanley AZ Bar No. 012251
Guy David Knoller AZ Bar No. 002803
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, Arizona  85012
Telephone:  (602) 640-5067
Fax: (602) 640-5009
e-mail:  mary.oneill@eeoc.gov
         sally.shanley@eeoc.gov
         guy.knoller@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | Case No. |
| Plaintiff, | |
| vs. | **COMPLAINT AND JURY TRIAL DEMAND** |
| Tempe Elementary School District No. 3, | |
| Defendant. | |

## NATURE OF THE ACTIONS

This is an action under the Age Discrimination in Employment Act ("ADEA") to correct unlawful employment practices on the basis of age, and to provide appropriate relief to Peggy Roupe and a group of retired employees who were discriminatorily compensated for accrued leave. ("aggrieved individuals"). Plaintiff, the United States Equal Employment Opportunity Commission (the "Commission"), brings this claim against Defendant Tempe Elementary School District No. 3 ("Defendant") alleging that from  at least April 2, 2008 through the present, Defendant has maintained a facially age-discriminatory early retirement incentive plan which compensates retiring

employees for accumulated general leave at rates which vary based on age, so that employees who retire at age 61 or older are compensated for accumulated leave at lower rates than the rates paid to younger employees who retire between ages 55 and 60.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is brought pursuant to Section 7(b) of the Age Discrimination in Employment Act, as amended, 29 U.S. C. § 626(b) ( the "Act")' which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

## PARTIES

1.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of the ADEA, and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended.

2.  At all relevant times, Defendant, Tempe Elementary School District No. 3, ("Defendant") has continuously been operating and doing business in the State of Arizona and the County of Maricopa, and has continuously had at least twenty (20) employees.

3.  At all relevant times, Defendant School District has continuously been an employer, within the meaning of Section 11(b) of the ADEA, 29 U.S.C. § 630(b).

4.  At all relevant times, Defendant School District has continuously been a political subdivision of the State of Arizona.

5.  Prior to the institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect a voluntary compliance with the ADEA through informal methods of conciliation, conferences and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIM

6.  Since at least April 3, 2008, Defendant has engaged in unlawful employment practices in violation of Section 4(2)(b) of the ADEA, 29 U.S.C. §623(a)(2) by utilizing a policy titled "Retirement of Professional / Support Staff Members". This policy provides for retiring employees to be compensated for accumulated leave at rates which decrease based on the retiring employee's age, as follows:

    (a)  employees who retire between the ages of 55 through 60 are paid at 52% of the employee's current daily salary;

    (b)  employees who retire at age 61 are paid at 47% of the employee's daily rate at age 60;

    (c)  employees who retire at age 62 are paid at 43% of the employee's daily rate at age 60;

  (d) employees who retire at age 63 are paid at 39% of the employee's daily rate at age 60;

  (e) employees who retire at age 64 are paid at 35% of the employee's daily rate at age 60;

  (f) employees who retire at age 65 are paid at 31% of the employee's daily rate at age 60, or 50% of the substitute teacher daily rate at the time of retirement, whichever is greater;

  (g) employees who retire at age 66 or older are paid at 50% of the substitute teacher daily rate at the time of retirement.

7. Defendant's leave compensation plan for retiring employees (as described in Paragraph 6 above) was implemented for the purpose of creating an incentive for employees to retire at a younger age.

8. Defendant's leave compensation plan for retiring employees (as described in Paragraph 6 above) is an Early Retirement Incentive Plan ("ERIP").

9. On its face, Defendant's leave compensation ERIP (as described in Paragraph 6 above) discriminates based on age by providing for employees age 61 and older, to be compensated at lower rates than are paid to younger employees, age 55 through 60.

10. On its face, Defendant's leave compensation ERIP (as described in Paragraph 6 above) discriminates based on age by providing compensation at rates which decrease based on increased years of age.

- 4 -

11. Defendant's leave compensation ERIP discriminates based on age, in violation of the ADEA, 29 U.S.C. § 623(a)(2).

12. Defendant's leave compensation ERIP is inconsistent with the purposes of the ADEA.

13. The effect of the practices complained of in the foregoing paragraphs has been to deprive Peggy Roupe and all employees 61 years of age and older who have retired between at least April 3, 2008 and the present, of equal employment opportunities, and otherwise adversely affect their status as employees, because of their age.

14. The unlawful employment practices complained of in the foregoing paragraphs were and are willful within the meaning of Section 7(b) of the ADEA, 29 U.S. C. § 626(b).

## **PRAYER FOR RELIEF**

The Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Tempe Elementary School District No. 3, its members of the Governing Board, officers, employees, agents, and all persons in active concert or participation with them, from engaging in age discrimination and any other employment practice which discriminates on the basis of age.

B. Grant a permanent injunction enjoining Defendant Tempe Elementary School District No. 3 from offering any early retirement incentive program and/or retirement plan which pays reduced benefits based on age.

C. Grant judgment requiring Defendant to pay Peggy Roupe and all employees who retired between April 3, 2008 and the present, and were age 61 or over when they retired, the difference between the amount each was paid as compensation for accumulated leave, and the amount each would have been paid based on 52% of the employee's daily rate at retirement, plus prejudgment interest.and an equal sum as liquidated damages.

D. Order Defendant to institute and carry out policies, practices, and programs which provide equal opportunity early retirement incentive benefits for qualified individuals, and which eradicate the effects of its past and present unlawful employment practices.

E. Order Defendant School District to make whole all individuals adversely affected by the unlawful practices above, by providing affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to the amount to which Peggy Roupe and a class of retired employees would be entitled but for the unlawful discrimination.

E. Grant such further relief as this Court deems necessary and proper in the public interest.

I. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Dated: September 28, 2011.

RESPECTFULLY SUBMITTED,

P. DAVID LOPEZ
General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street NE, 5th Floor
Washington, DC 20507 0004

*/s/ Mary Jo O'Neill*
MARY JO O'NEILL
Regional Attorney

*/s/ Sally C. Shanley*
SALLY C. SHANLEY
Supervisory Trial Attorney

*/s/ Guy David Knoller*
GUY DAVID KNOLLER
Senior Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
3300 N. Central Avenue, Suite 690
Phoenix, Arizona 85012
Attorneys for Plaintiff